affidavit can as readily be construed as an assumption by him of the plaintiff's allegations for the purpose of the argument as it can be construed to be a concession. We hold that such an ambiguous statement should give no support to a motion for summary judgment. The verdict on damages should not be permitted to stand. Over objection, an economic expert called by the plaintiff testified that if the plaintiff retired at 65 and lived to 75, he would receive $257,855 in Social Security benefits. There is no proof that plaintiff had ever contributed to Social Security or was eligible for it. We cannot indulge in a presumption of qualification in view of the testimony that since coming to this country in 1968 plaintiff has returned periodically to Portugal but is vague about the frequency and duration of those sojourns and because he cannot confirm any of his claimed earnings since he has never filed an income tax return.

■ In the Matter of FREDERIKA BLANKNER, Petitioner, v DANIEL W. JOY et al., Respondents.—Motion to fix amount of undertaking denied. Concur—Murphy, P. J., Fein, Sandler, Sullivan and Lupiano, JJ.

■ In the Matter of FREDERIKA BLANKNER, Petitioner, v DANIEL W. JOY et al., Respondents.—Renewed motion for reargument denied with $20 costs. We are without authority to consider this application which is time barred. (See 22 NYCRR 600.14 [a].) Concur—Murphy, P. J., Fein, Sandler, Sullivan and Lupiano, JJ.

## (February 21, 1980)

■ JOSEPH N. KLAPPER et al., Doing Business as KLAPPER & KLAPPER, Appellants, v HARRY SAVIN, Respondent.—Judgment, Supreme Court, New York County, entered on July 9, 1979, unanimously affirmed for the reasons stated by Helman, J., at Special Term. Respondent shall recover of appellants $75 costs and disbursements of this appeal. Concur—Murphy, P. J., Kupferman, Birns, Sandler and Carro, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOACHIEM LOPEZ, Appellant.—Judgment, Supreme Court, New York County, rendered on March 22, 1979, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Murphy, P. J., Kupferman, Birns, Sandler and Carro, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN EDWARDS, Also Known as JOHN RODRIGUEZ, Appellant.—Judgment, Supreme Court, New York County, rendered on March 22, 1979, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Murphy, P. J., Kupferman, Birns, Sandler and Carro, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent v WILBERT BARBOSA, Appellant.—Judgment, Supreme Court, Bronx County, rendered on June 9, 1978, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Murphy, P. J., Kupferman, Birns, Sandler and Carro, JJ.

■ ABRAHAM ZION et al., Respondents, v HAROLD W. KURTZ et al.,